UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHIVA STEIN, | : |
| Plaintiff, | : Civ. No. 1:22-cv-1914-JGK |
| v. | : |
| HOUGHTON MIFFLIN HARCOURT COMPANY, JOHN J. LYNCH, JR., LAWRENCE K. FISH, JEAN-CLAUDE BRIZARD, L. GORDON CROVITZ, JEAN S. DESRAVINES, JILL A. GREENTHAL, JOHN F. KILLIAN, JOHN R. MCKERNAN, JR., and TRACEY D. WEBER, | : |
| Defendants. | : |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  March 28, 2022                                     Respectfully submitted,

                                                                                **MELWANI & CHAN LLP**

                                                                                /s *Gloria Kui Melwani*
                                                                                Gloria Kui Melwani (GM5661)
                                                                                1180 Avenue of the Americas, 8th Floor
                                                                                New York, New York 10036
                                                                                Tel: (212) 382-4620
                                                                                Email:  gloria@melwanichan.com

                                                                                *Attorneys for Plaintiff*